# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAURA BRUNO, | ) |
|     Plaintiff, | ) |
| V. | )    No.: 3:15-cv-00022-TAV-CCS |
| INTEGRITY SOLUTION SERVICES, INC., | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the above matter is settled. The parties will submit a Stipulation of Dismissal upon completion of the settlement documents.

/s/ Amy L. B. Ginsburg
by Mary Ann Stackhouse w/ permission
Amy L. B. Ginsburg, Esq.
BPR #28563
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: (215) 540-8888
Fax: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

/s/ Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
mstackhouse@lewisthomason.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of March, 2016, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Mary Ann Stackhouse
Mary Ann Stackhouse (BPR #017210)