IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAURA BRUNO, | |
| Plaintiff, | Civil Action No. |
| v. | 3:15-cv-00022-TAV-CCS |
| INTEGRITY SOLUTION SERVICES, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for all parties stipulate that the above-styled cause is dismissed with prejudice against the refiling of same, each party to bear their own costs.

| | |
|---|---|
| */s/ Mary Ann Stackhouse* | */s/ Craig Thor Kimmel* |
| Mary Ann Stackhouse Esq. (BPR #017210) | Craig Thor Kimmel, Esq. |
| Lewis, Thomason, King, Krieg & Waldrop, P.C | Kimmel & Silverman, P.C. |
| 620 Market Street | 30 East Butler Pike |
| P.O.Box 2425 | Ambler, PA 19002 |
| Knoxville TN 37901 | Phone: 215-540-8888 |
| mstackhouse@lewisthomason.com | teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: April 25, 2016 | Date: April 25, 2016 |

## Certificate of Service

I certify that on this 25th day of April, 2016, a copy of the foregoing **Stipulation of Dismissal with prejudice** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

*/s/ Mary Ann Stackhouse*
Mary Ann Stackhouse, Esq. (BPR #017210)